AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DOMAINE CARNEROS, LTD. <br><br> *Plaintiff(s)* <br> v. <br> LEA TRADING LLC and BEVIBIRRA INC <br><br> *Defendant(s)* | Civil Action No.   24-cv-01834-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEA TRADING LLC
10800 NW 21st Street
Miami, Florida 33172

BEVIBIRRA INC
158 N.E. 33 Street
Oakland Park, Florida 33334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katja Loeffelholz
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, CA 94559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  March 25, 2024                                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. **24-cv-01834-NC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **LEA TRADING LLC**
**was received by me on March 25, 2024**

☐ I personally served the  on the individual at   on

☐ I left the  at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the **Summons** at **10800 NW 21st Street, Miami, FL 33172** to **Ericka Epstein, Brand Manager,** who is designated by law to accept service of process on behalf of **LEA TRADING LLC** on **March 26, 2024 at 4:46 PM.**

☐ other *(specify):*

My fees are $ for travel and $ for services, for a total of **$ 390.25.**

I declare under penalty of perjury that this information is true.

*Date:* **3/29/2024**

_____
*Server's signature*

**Sedric L. Johnson**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

**In addition to the Summons, the following documents, "COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, and PLAINTIFF DOMAINE CARNEROS, LTD.'S CORPORATE DISCLOSURE AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS" were also served.**

**DOMAINE CARNEROS, LTD. vs LEA TRADING LLC and BEVIBIRRA INC**